# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 696 |
| | : | |
| ORDER APPROVING THE | : | SUPREME COURT RULES |
| REVISION OF THE COMMENT | : | |
| TO PENNSYLVANIA RULE OF | : | DOCKET |
| EVIDENCE 605 | : | |
| | : | |

# ORDER

**PER CURIAM**

**AND NOW**, this 29th day of April, 2016, upon the recommendation of the Committee on Rules of Evidence; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3) in the interests of efficient administration, and a Final Report to be published with this **ORDER**:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Comment to Pennsylvania Rule of Evidence 605 is revised in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions to the rule are shown in bold and in brackets.